IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**     **PLAINTIFF**

**V.**     **CASE NO. 6:23-CR-3005-001**

**RYAN M. SUMMERS**     **DEFENDANT**

### ORDER

Currently before the Court is the Government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a). (Doc. 60). The Court finds that dismissal is appropriate. Therefore, the Government's Motion is **GRANTED**, and the Indictment against Defendant is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 29th day of October, 2025.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE